# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LOURDES P. LLARENA,

    Plaintiff,

v.                                          CASE NO. 4:06cv87-RH/WCS

LAURA BUSH, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 7), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

SO ORDERED this 29th day of May, 2006.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge